UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

|  |  |  |
|---|---|---|
|  |  | 16 Cr. 19 (PGG) |
| UNITED STATES OF AMERICA | : |  |
|  |  |  |
| - against - | : | **NOTICE OF PRETRIAL MOTION TO DISMISS THE** |
| MAALIK JONES, | : | <u>**SUPERSEDING INDICTMENT**</u> |
|  |  |  |
| Defendant. |  |  |

-------------------------------------------------------X

     **PLEASE TAKE NOTICE,** that upon the annexed Declaration of Joshua L. Dratel, Esq., and all prior papers and proceedings herein, the defendant, MAALIK JONES, through counsel (Peter E. Brill, Esq. and Mr. Dratel) will move before the Honorable Paul G. Gardephe, United States District Judge for the Southern District of New York, at the United States Courthouse located at 500 Pearl Street, New York, New York, at a time and date to be set by the Court, or as soon thereafter as counsel may be heard, for the dismissal of (1) Counts One and Three of the Superseding Indictment, pursuant to the Fifth Amendment's prohibition on Double Jeopardy; and/or (2) dismissal of the Superseding Indictment in its entirety, based on the reasons as set forth in the accompanying Memorandum of Law, and for any such other and further relief as to the Court seems just and proper.

Dated:   New York, New York
           December 13, 2021

                                            /s/ Peter E. Brill
                                         PETER E. BRILL
                                         Brill Legal Group, P.C.
                                         306 Fifth Avenue Penthouse
                                         New York, New York 10001
                                         888-315-9841
                                         pbrill@brill-legal.com

                                            /s/ Joshua L. Dratel
                                         JOSHUA L. DRATEL
                                         Dratel & Lewis
                                         29 Broadway, Suite 1412
                                         New York, New York 10006

(212) 732-0707
jdratel@dratellewis.com

*Attorneys for Defendant Maalik Jones*

To:   CLERK OF THE COURT

       UNITED STATES ATTORNEY
       SOUTHERN DISTRICT OF NEW YORK